UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

IN THE MATTER OF §
§
§
NORMAN J. SILVERMAN §
§

FILED
OCT 1 2 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

DR04CA090

## ORDER

On October 12, 2004, counsel had a case set for docket call before the Court at 9 am. Mr. Norman J. Silverman, counsel for the Defendant, Juan Antonio Deras (DR-04-CR-688), failed to appear at this proceeding or inform the Court of his intention to not be present.

Norman J. Silverman is hereby ordered to show cause why a sanction of criminal contempt should not be imposed pursuant to Federal Rule of Criminal Procedure 42. The criminal contempt charge pending against Mr. Silverman accuses him of willfully disregarding this Court's order to be present at 9 am on October 12, 2004 for the aforementioned proceeding. This contempt hearing will be held on October 29, 2004, at 1:30 pm. The Court will request that the prosecutor for the Government in the case of DR-04-CR-688 prosecute this contempt proceeding.

It is hereby **ORDERED** that Norman J. Silverman be present for a criminal contempt proceeding on October 29, 2004. Failure to appear will result in the imposition of sanctions.

**SIGNED** this 12th day of October, 2004.

_____
ALIA MOSES LUDLUM
UNITED STATES DISTRICT JUDGE