UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2004 NOV -2 AM 11:28

IN THE MATTER OF § DR-04-CA-90

NORMAN J. SILVERMAN

## ORDER

The Court accepts Mr. Silverman's explanation, through his response of this Court's show cause order, of his failure to appear in this Court. The Court wishes to make it clear that it takes attorneys' participation in Docket Call extremely serious. The Court understands the predicaments that one may fall into when handling more than one case at a time. However, because of the seriousness of the docket in federal court, no attorney should ever forget that they are scheduled to appear in a United States District Court.

It is hereby **ORDERED** that this Court's show cause order is **VACATED**, and Mr. Silverman no longer has to show why he should not be held in contempt of court.

**SIGNED** this 1st day of November, 2004.

ALIA MOSES LUDLUM
UNITED STATES DISTRICT JUDGE